ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
OCT 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| YANJUN JI, | ) | Case No. CV 08-5965 PA (AN) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL MUKASEY et al., | ) | |
| Respondents. | ) | |

IT IS HEREBY ADJUDGED that the Petition is summarily denied and dismissed for the reasons set forth in the concurrently filed Order.

Dated: October 10, 2008

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY